UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 06 B 00664
   LORI J POVOLO
                                           CHAPTER 13

                                           JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-8586
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/26/06 and confirmed on 03/24/06.

2. The case was converted to Chapter 7 after confirmation, 02/28/2008.

3. The Debtor paid a total of $ 12780.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 7446.57 | .00 | 7446.57 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| CHASE HOME EQUITY | MORTGAGE ARRE | 9488.17 | .00 | 2460.61 |
| CAPITAL ONE BANK | UNSECURED | 2402.85 | .00 | .00 |
| SMC | UNSECURED | 223.54 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16934.74 | .00 | 2626.39 | .00 | 19561.13 |
| PRINCIPAL PAID | 9907.18 | .00 | .00 | .00 | 9907.18 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 9907.18 | .00 | .00 | .00 | 9907.18 |

The Debtor's attorney, RICHARD S BASS             , was allowed $  2800.00 and was paid $    411.00  direct and $   2389.00  through the plan.

The Trustee received $     483.82 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 05/20/08                      /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 06 B 00664 LORI J POVOLO
```